UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALETA D. POPE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-24-1057-G |
| | ) |
| CITIBANK, N.A. et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Now before the Court is a Motion to Dismiss (Doc. No. 10), seeking dismissal of the claims raised in Plaintiff's original pleading (Doc. No. 1-2). Plaintiff has now timely filed an Amended Complaint (Doc. No. 30). Plaintiff's Amended Complaint supersedes the original Complaint and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991).

Accordingly, the pending Motion to Dismiss (Doc. No. 10) is DENIED AS MOOT.

IT IS SO ORDERED this 29th day of August, 2025.

CHARLES B. GOODWIN
United States District Judge